IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JABBAAR ABDUL,

   *Plaintiff*,

v.                                         Case No.: 4:21cv153-MW/MJF

MARK INCH, et al.,

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 75. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 75, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 59, is **GRANTED** based on Plaintiff's failure to comply with Local Rule 7.1 and the Magistrate Judge's order of March 28, 2024. Plaintiff's individual-capacity claims against Defendants Hunter and Inch alleging violations of RLUIPA and the First Amendment, and Plaintiff's official-capacity claim against Defendant Dixon alleging violation of the First Amendment are **DISMISSED without prejudice.** Plaintiff's request for

damages against Defendant Dixon in his official capacity is **DISMISSED with prejudice.** This case is remanded to the Magistrate Judge for further proceedings on Plaintiff's official-capacity claim against Dixon under RLUIPA for injunctive relief based on Plaintiff's allegation that the FDC's grooming policy substantially burdens the tenet of Plaintiff's religion that requires him to grow a fist-length beard. This Court will rule on the second pending report and recommendation, ECF No. 76, by separate Order.

**SO ORDERED on July 16, 2024.**

s/Mark E. Walker          
**Chief United States District Judge**
