IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JABBAAR ABDUL,

    *Plaintiff*,

v.                                              Case No.: 4:21cv153-MW/MJF

MARK INCH, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 76. This Court recognizes that Plaintiff filed his motion for temporary restraining order and preliminary injunction contemporaneously with his complaint on April 5, 2021, and thus, he did not delay in moving for relief after filing this case. *See* ECF Nos. 1 and 3. However, Plaintiff fails to explain the delay in seeking emergency relief from as early as the date of the first noted incident when Plaintiff was forced to shave his beard in March 2019, *see* ECF No. 3 at 1, or subsequent incidents, and the filing of the complaint. As the Eleventh Circuit has recognized, asserting an evolving religious understanding of one's faith could help explain such a delay so as not to undercut a claim of irreparable harm. *See Powers v. Sec'y, Fla. Dep't of Corrs.*, 691 F. App'x 581, 583–84 (11th Cir. 2017). But here,

Plaintiff has provided no such explanation. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 76, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for a temporary restraining order and preliminary injunction, ECF No. 3, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings on Plaintiff's official-capacity claim against Dixon under RLUIPA for injunctive relief based on Plaintiff's allegation that the FDC's grooming policy substantially burdens the tenet of Plaintiff's religion that requires him to grow a fist-length beard.

**SO ORDERED on July 16, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**