IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JABBAAR M. ABDUL,**

   *Plaintiff*,

v.                            Case No.: 4:21cv153-MW/MJF

**RICKY D. DIXON,**

   *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 97. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 97, is **accepted and adopted** as this Court's opinion. Plaintiff's *pro se* Rule 60 motion, ECF No. 96, is **DENIED without prejudice,** to the extent Plaintiff seeks relief in this civil-rights case, and **DISMISSED for lack of jurisdiction**, to the extent Plaintiff seeks relief from his state-court criminal judgment. This case is remanded to the Magistrate Judge for

further proceedings.

      **SO ORDERED on March 5, 2025.**

                                              <u>**s/Mark E. Walker**</u>
                                              **Chief United States District Judge**