### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**JABBAAR M. ABDUL,**

      *Plaintiff,*

v.                       **Case No.: 4:21cv153-MW/MJF**

**RICKY D. DIXON,**

      *Defendant.*

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 101. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 101, is **accepted and adopted** as this Court's opinion. Defendant's motion for summary judgment, ECF No. 92, is **DENIED**. The Clerk shall remand this case back to the Magistrate Judge to address the other pending motion, ECF No. 100, before this Court sets this matter for trial.

**SO ORDERED on May 5, 2025.**

                              **s/Mark E. Walker**_____
                              **Chief United States District Judge**