IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JABBAAR ABDUL,

    *Plaintiff*,

v.                                                        *Case No.*: 4:21cv153-MW/MJF

MARK INCH, et al.,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 108. Plaintiff again fails to explain the delay in seeking emergency relief from as early as the date of the first noted incident when Plaintiff was forced to shave his beard in March 2019, *see* ECF No. 3 at 1, or any change in circumstances concerning his understanding of his faith and his beliefs concerning growing his beard, and the filing of his most recent motion. As this Court previously recognized, ECF No. 78 at 1, asserting an evolving religious understanding of one's faith could help explain such a delay so as not to undercut a claim of irreparable harm. *See Powers v. Sec'y, Fla. Dep't of Corrs.*, 691 F. App'x 581, 583–84 (11th Cir. 2017). But here, Plaintiff has provided no such explanation with respect to

growing his beard. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 108, is **accepted and adopted** as this Court's opinion. Plaintiff's second motion for a temporary restraining order and preliminary injunction, ECF No. 100, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 9, 2025.**

s/Mark E. Walker
**Chief United States District Judge**
